**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James Edward FLETCHER,**
**Defendant—Appellant.**

No. 06–7680.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 31, 2007.

James Edward Fletcher, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Fletcher appeals the district court's order dismissing three of four claims contained in his motion filed pursuant to 28 U.S.C. § 2255 (2000). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over

final orders, *see* 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, *see* 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order from which Fletcher appeals is neither a final order nor an appealable interlocutory or collateral order. We therefore dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*